```
                                          IN RE
                                          SHAUN ERIK ASHLEY
                                          PO BOX 83

   1702521-Court-A-U.S.                   WINNABOW, NC 28479
   GRIEG R ALLEY                                    SSN or Tax I.D.   XXX-XX-3978
   ALLEY REGISTER MCEACHERN
   701 N 4TH STREET
   WILMINGTON, NC 28401-3415




   U.S. Bankruptcy Court
   P.O. Box 791
   Raleigh, NC 27602                      Chapter 13
                                          Case Number:   17-02521-5-SWH
```

                    NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 10/30/2017, you or your attorney must file with the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                         U.S. Bankruptcy Court
                         PO Box 791
                         Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| SHAUN ERIK ASHLEY | GRIEG R ALLEY | Joseph A. Bledsoe, III |
| PO BOX 83 | ALLEY REGISTER MCEACHERN | P.O. Box 1618 |
| WINNABOW, NC 28479 | 701 N 4TH STREET | New Bern, NC 28563 |
| | WILMINGTON, NC 28401-3415 | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  September 28, 2017                   Joseph A. Bledsoe, III
                                            Chapter 13 Trustee
                                            P.O. Box 1618
                                            New Bern, NC 28563

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:  CASE NUMBER: 17-02521-5-SWH

**SHAUN ERIK ASHLEY**

**CHAPTER 13**

DEBTOR(S)

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on June 28, 2017, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   | | | | |
   |---|---|---|---|
   | $250.00 | for | 2 | Months |
   | $269.00 | for | 1 | Months |
   | $295.00 | for | 54 | Months |
   | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before September 26, 2017 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before November 20, 2017 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #015 ONEMAIN FINANCIAL GROUP, LLC | '07 LINCOLN NAVIGATOR | OUTSIDE |
| #017 ONEMAIN FINANCIAL GROUP, LLC | '99 FORD F-350 | OUTSIDE |
| #019 SHEFFIELD FINANCIAL | '15 SUZUKI DRZ | OUTSIDE |
| #800 ONEMAIN FINANCIAL GROUP, LLC | 1260 WILLETTS ESTATES LANE SE | OUTSIDE |
| #802 ONEMAIN FINANCIAL GROUP, LLC | 1260 WILLETTS ESTATES LANE SE- ARREARS | $128.79 TO BE PAID BY TRUSTEE OVER LIFE OF PLAN |
| #820 STATE EMPLOYEES CREDIT UNION | 1260 WILLETTS ESTATES LANE SE | OUTSIDE |

b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.**
**(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #011 FREEDOMROAD FINANCIAL | '10 ARTIC CAT 700 | $1,115.32 @ 6% TO BE PAID OVER LIFE OF PLAN |
| #012 STERLING JEWELERS d/b/a KAY JEWELERS | JEWELRY | $8,398.64 @ 6% TO BE PAID OVER LIFE OF PLAN |

d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| NONE | | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

   NONE

   Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $5,000.00. The Trustee recommends to the Court a fee of $5,000.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

                                                s/ Joseph A. Bledsoe, III
                                                Joseph A. Bledsoe, III
                                                Standing Chapter 13 Trustee

**EXHIBIT 'A'**                                **CASE NUMBER:  17-02521-5-SWH**

**DEBTORS:**   SHAUN ERIK ASHLEY

**EMPLOYMENT:**
Debtor:         ASHLEY'S SEAMLESS GUTTER         GROSS INCOME:    $56,400.00
Spouse:

**Prior Bankruptcy cases:**    Yes ☐    No ☒    If so, Chapter ____ filed ____
Disposition:

**Real Property**:  House and Lot ☒  Mobile home ☐  Lot/Land ☐  Mobile Home/Lot ☐

| | | | |
|---|---|---|---|
| Description: | RESIDENCE | | |
| FMV | $80,000.00 | Date Purchased | |
| Liens | $42,525.00 | Purchase Price | |
| Exemptions | $35,000.00 | Improvements | |
| Equity | $2,475.00 | Insured For | |
| Rent | $929.09 | Tax Value | |

**COMMENTS**:

| | | | |
|---|---|---|---|
| **Attorney Fees**: | Requested: | $5,000.00 | (excluding filing fee) |
| | Paid: | $631.00 | (excluding filing fee) |
| | Balance: | $4,369.00 | |

**Trustee's Recommendation:**           $5,000.00
Comments:

**Plan Information**:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $89,349.72 | Pay in | $16,699.00 | Priority | 100.00% |
| Priority | $4,369.00 | Less   6.00% | $1,001.94 | Secured | 100.00% |
| Secured | $11,303.51 | Subtotal | $15,697.06 | Unsecured | 0.03% |
| Unsecured | $73,677.21 | Req. Atty. Fee | Incl. w/ claims | Joint | % |
| Joint Debts | | Available | $15,697.06 | Co-Debts | % |
| Co-Debtor | | | | | |

                                          **Payroll Deduction:**  Yes ☐    No ☒
**Objection to Confirmation:**              Yes ☐    No ☒

   Pending:     SEE COURT DOCKET
   Resolved:    SEE COURT DOCKET

**Motions Filed:**       Yes ☒    No ☐

   If so, indicate type and status:    SEE COURT DOCKET

Hearing Date:

| CASE: 1702521 | TRUSTEE: 2V | COURT: 278 |
|---|---|---|
| TASK: 09-27-2017.01051640.LSA000 | | DATED: 09/28/2017 |

| | | | | |
|---|---|---|---|---|
| Court | | Served Electronically | | |
| Trustee | | Joseph A. Bledsoe, III | | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | SHAUN ERIK ASHLEY | | PO BOX 83<br>WINNABOW, NC 28479 |
| 799 | 000002 | GRIEG R ALLEY<br>701 N 4TH STREET | | ALLEY REGISTER MCEACHERN<br>WILMINGTON, NC 28401-3415 |
| 006 | 000018 | PORTFOLIO RECOVERY ASSOC | | PO BOX 41067<br>NORFOLK, VA 23541 |
| 007 | 000019 | PORTFOLIO RECOVERY ASSOC | | PO BOX 41067<br>NORFOLK, VA 23541 |
| 002 | 000014 | BB&T | | 6010 GOLDING CENTER DR<br>WINSTON SALEM, NC 27013 |
| 001 | 000013 | BANK OF AMERICA<br>PO BOX 26012 | | NC4-105-03-14<br>GREENSBORO, NC 27420-6012 |
| 013 | 000026 | LANSING BUILDING PRODUCTS INC<br>PO BOX 1616 | | C/O LE TAYLOR III<br>GOLDSBORO, NC 27533-1616 |
| 028 | 000035 | WARREN KERR & WALSTON | | PO BOX 1616<br>GOLDSBORO, NC 27533-1616 |
| 820 | 000011 | STATE EMPLOYEES CREDIT UNION<br>PO BOX 25279 | | ATTN: LOSS MITIGATION<br>RALEIGH, NC 27611-5279 |
| 822 | 000012 | STATE EMPLOYEES CREDIT UNION<br>PO BOX 25279 | | ATTN: LOSS MITIGATION<br>RALEIGH, NC 27611-5279 |
| 019 | 000009 | SHEFFIELD FINANCIAL<br>PO BOX 1847 | | BANKRUPTCY SECTION/100-50-01-51<br>WILSON, NC 27894 |
| 020 | 000010 | SHEFFIELD FINANCIAL<br>PO BOX 1847 | | BANKRUPTCY SECTION/100-50-01-51<br>WILSON, NC 27894 |
| 005 | 000017 | CAPITAL FORD OF WILMINGTON<br>ATTN: MANAGING AGENT | | PO BOX 4069<br>WILMINGTON, NC 28406 |
| 008 | 000020 | LVNV FUNDING (CITIBANK)<br>PO BOX 10587 | | C/O RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29603-0587 |
| 003 | 000015 | BELK | | PO BOX 530940<br>ATLANTA, GA 30353 |
| 014 | 000027 | LOWES | | PO BOX 965046<br>ORLANDO, FL 32896-5046 |
| 027 | 000024 | THE HOME DEPOT | | PO BOX 9001010<br>LOUISVILLE, KY 40290-1010 |
| 010 | 000022 | DISCOVER FINANCIAL<br>CHAPTER 13 BANKRUPTCY | | PO BOX 3025<br>NEW ALBANY, OH 43054 |
| 012 | 000025 | STERLING JEWELERS DBA KAY JEWELERS<br>323 W. LAKESIDE AVE. | | C/O WELTMAN, WEINBERG, & REIS<br>CLEVELAND, OH 44113 |
| 015 | 000005 | ONEMAIN FINANCIAL GROUP, LLC<br>PO BOX 3251 | | SERVICER FOR WELLS FARGO BANK, NA<br>EVANSVILLE, IN 47331-3251 |
| 016 | 000006 | ONEMAIN FINANCIAL GROUP, LLC<br>PO BOX 3251 | | SERVICER FOR WELLS FARGO BANK, NA<br>EVANSVILLE, IN 47331-3251 |
| 017 | 000007 | ONEMAIN FINANCIAL GROUP, LLC<br>PO BOX 3251 | | SERVICER FOR WELLS FARGO BANK, NA<br>EVANSVILLE, IN 47731-3251 |
| 018 | 000008 | ONEMAIN FINANCIAL GROUP, LLC<br>PO BOX 3251 | | SERVICER FOR WELLS FARGO BANK, NA<br>EVANSVILLE, IN 47731-3251 |

CASE: 1702521       TRUSTEE: 2V       COURT: 278                      Page 2 of 2
TASK: 09-27-2017.01051640.LSA000      DATED: 09/28/2017

| | | | |
|---|---|---|---|
| 800 | 000003 | ONEMAIN FINANCIAL GROUP, LLC<br>PO BOX 3251 | SERVICER FOR WELLS FARGO BANK, NA<br>EVANSVILLE, IN 47731-3251 |
| 802 | 000004 | ONEMAIN FINANCIAL GROUP, LLC<br>PO BOX 3251 | SERVICER FOR WELLS FARGO BANK, NA<br>EVANSVILLE, IN 47731-3251 |
| 023 | 000030 | MIDLAND CREDIT MANAGEMENT, INC<br>PO BOX 2011 | AS AGENT FOR MIDLAND FUNDING LLC<br>WARREN, MI 48090 |
| 024 | 000031 | MIDLAND CREDIT MANAGEMENT, INC<br>PO BOX 2011 | AS AGENT FOR MIDLAND FUNDING LLC<br>WARREN, MI 48090 |
| 025 | 000032 | MIDLAND CREDIT MANAGEMENT, INC<br>PO BOX 2011 | AS AGENT FOR MIDLAND FUNDING LLC<br>WARREN, MI 48090 |
| 026 | 000033 | MIDLAND CREDIT MANAGEMENT, INC<br>PO BOX 2011 | AS AGENT FOR MIDLAND FUNDING LLC<br>WARREN, MI 48090 |
| 004 | 000016 | CAPITAL ON BANK (USA), NA<br>PO BOX 82609 | CABELA'S CLUB VISA<br>LINCOLN, NE 68501-2609 |
| 029 | 000034 | WORLDS FOREMOST BANK N | 4800 NW 1ST ST STE 300<br>LINCOLN, NE 68521 |
| 011 | 000023 | FREEDOMROAD FINANCIAL | PO BOX 64090<br>TUCSON, AZ 85728-4090 |
| 009 | 000021 | CITIBANK, NA<br>PO BOX 280 | C/O QUANTUM3 GROUP LLC<br>KIRKLAND, WA 98083-0280 |
| 021 | 000028 | QUANTUM3 GROUP LLC<br>P.O. BOX 788 | MOMA FUNDING LLC<br>KIRKLAND, WA 98083-0788 |
| 022 | 000029 | QUANTUM3 GROUP LLC<br>P.O. BOX 788 | MOMA FUNDING LLC<br>KIRKLAND, WA 98083-0788 |

37 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 09/28/2017.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   09/28/2017   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail